**JUDGE SAND**

08 CV 7230

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MUND & FESTER GMBH & CO.KG a/s/o
EXPORTADORA SAFEX LTDA.,

        2008 Civ.

        Plaintiff,

- against -

        **FRCP RULE 7.1**
        **DISCLOSURE STATEMENT**

M/V CSAV RIO PETROHUE, her engines, boilers, tackle, furniture, apparel, etc *in rem*; COMPANIA SUD AMERICANA DE VAPORES S.A., and AMERICAN TRANSPORTATION GROUP, *in personam*,



RECEIVED AUG 1 4 2008 U.S.D.C. S.D.N.Y. CASHIERS

        Defendants.
-------------------------------------------------------------------X

    NOW comes plaintiff, MUND & FESTER GMBH & CO.KG a/s/o EXPORTADORA SAFEX LTDA., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

    MUND & FESTER GMBH & CO.KG is not a publicly traded company. EXPORTADORA SAFEX LTDA. is not a publicly traded company.

Dated: New York, New York
       August 14, 2008
       260-78

                          CASEY & BARNETT, LLC
                          Attorneys for Plaintiff

                    By: _____
                          Gregory G. Barnett (GGB-3751)
                          317 Madison Avenue, 21st Floor
                          New York, New York 10017
                          (212) 286-0225